# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JESSE APTHORP, individually, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>HCF MANAGEMENT INC., and HCF OF CORRY, INC.,<br><br>   Defendants. | Case No. 3:25-cv-00085-JJH<br><br><br><br><br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

  Plaintiff Jesse Apthorp, by and through counsel, hereby gives notice of voluntary dismissal without prejudice of all claims asserted by him herein against all Defendants in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i). All parties shall bear their own costs.

Dated: February 26, 2025

              Respectfully submitted,

              /s/ Terence R. Coates
              Terence R. Coates (0085579)
              Dylan J. Gould (0097954)
              **MARKOVITS, STOCK & DEMARCO, LLC**
              119 East Court Street, Suite 530
              Cincinnati, Ohio 45202

Dated: February 27, 2025
So Ordered.

              Telephone: (513) 651-3700
              Facsimile: (513) 665-0219
              tcoates@msdlegal.com
              dgould@msdlegal.com

s/ Jeffrey J. Helmick
United States District Judge

              *Attorneys for Plaintiff and the Putative Class*

# CERTIFICATE OF SERVICE

  I hereby certify that on February 26, 2025, I served the foregoing upon counsel for Defendants by electronic mail in accordance with Fed. R. Civ. P. 5(b)(2)(E), as follows:

Starr Turner Drum
POLSINELLI, LLP
sdrum@polsinelli.com

              /s/ Terence R. Coates
              Terence R. Coates (0085579)